**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-7127**

MYLES SPIRES,

                Plaintiff - Appellant,

        v.

LIEUTENANT HARBAUGH; OFFICER CROWE,

                Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Richard D. Bennett, District Judge.
(1:10-cv-01597-RDB)

Submitted:  February 9, 2012        Decided:  February 13, 2012

Before WILKINSON, AGEE, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Myles Spires, Appellant Pro Se.  Nichole Cherie Gatewood, OFFICE
OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Myles Spires appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint and denying his motions for appointment of counsel and to supplement the complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Spires v. Harbaugh, No. 1:10-cv-01597-RDB (D. Md. filed Aug. 5, 2011; entered Aug. 8, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED